UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

**JOHN PATRICK KUYKENDALL**
    Plaintiff

v.                                                                  JOINT STIPULATION OF DISMISSAL
**WAL-MART STORES, INC.**                         4:05 cv 0009

and

**HUNTER'S VIEW LTD**.
    Defendants

Come now the parties and represent that they have compromised and settled the differences between them and jointly stipulate that this action shall be dismissed as to all parties, with prejudice.

JOHN PATRICK KUYKENDALL
By Counsel

WAL-MART STORES, INC
HUNTER'S VIEW LTD.
By Counsel

Counsel:

/s/ Robert L. Morrison, Jr. VSB #14922
Counsel for John P. Kuykendall
WILLIAMS, MORRISON, LIGHT & MOREAU
317 Patton Street
Danville, VA  24541
434 793 4912 Phone
434 792 6110 Fax

/s/ Paul Kuhnel, Esq.
Wooten & Hart,
707 Building, Suite 300
707 S. Jefferson Street
P.O. Box 12247
Roanoke, VA  24024-2247